# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A

       v.

PAMELA A. VUKMAN (A/K/A PAMELA MCDEAVITT), LEO L. MCDEAVITT, JR., CHRISTOPHER MCDEAVITT, AND ALL OCCUPANTS OF 104 DORF DRIVE, PITTSBURGH, PA 15209

PETITION OF: CHRISTOPHER MCDEAVITT

: No. 345 WAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 12th day of May, 2021, the Petition for Allowance of Appeal and Application for Leave are **DENIED**.